UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWARD F. OLLI, D.M.D.,
an individual,

     Plaintiff,

v.                                                                    Case No.:

LAKE ERIE COLLEGE OF
OSTEOPATHIC MEDICINE, INC.,
a foreign not-for-profit corporation,

     Defendant.

_____/

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332 1441 and 1446, Defendant Lake Erie College of Osteopathic Medicine, Inc., (hereinafter "Defendant"), through its undersigned attorneys, hereby gives notice that the civil action currently pending in the Circuit Court for the Twelfth Judicial Circuit, Manatee County, Florida, identified as *Edward F. Olli, D.M.D. v. Lake Erie College of Osteopathic Medicine, Inc.*, Case No. 2017 CA 5279 Div. D, is removed to this Court without waiving any rights to which Defendant may be entitled, and says:

1.     Pursuant to 28 U.S.C. §1446(a), copies of all record documents, including all orders, pleadings, and process which have to date been served upon Defendant are attached as Exhibit 1.

2.     The Complaint in the above action was filed in the Circuit Court for the Twelfth Judicial Circuit on or about December 6, 2017, and Defendant accepted service by mail on March 5, 2018.

1

3.        In compliance with 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty (30) days of Defendant ascertaining that this case is removable.

4.        Removal of this action is proper under 28 U.S.C. §§ 1441(b) and 1332, diversity of citizenship jurisdiction.  This is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because there is complete diversity of citizenship between Plaintiff and Defendant.  Plaintiff is a resident of Manatee County, Florida and Defendant is incorporated and maintains its principal place of business in Pennsylvania.  (Exhibit 1, Complaint ¶¶ 1-2).

5.        The facts alleged by Plaintiff and the record demonstrate that Plaintiff's claim exceeds $75,000.00.  Although Plaintiff does not identify a specific monetary amount in his Complaint, he asserts Defendant's termination of his employment "had contractual or legal justification and constitutes a material breach of the parties' Employment Agreement." (Exhibit 1, Complaint ¶ 18). Per his Employment Agreement, Plaintiff earned $163,000.00 a year as his annual salary.  His employment ended on or about August 22, 2017.  At the time his employment ended, the balance of Plaintiff's potential remaining salary was more than $128,000.00.  In addition, Plaintiff was eligible for fringe benefits including health and dental insurance fully paid by Defendant (Exhibit 1, Complaint Ex. A, p. 10).  He was also eligible for life insurance and long-term disability insurance.  (*Id.*) As the potential lost income and the cost of fringe benefits establish, Plaintiff's claim clearly exceeds the minimum amount in controversy and diversity jurisdiction exists in this case.

6.        Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing and service of this Notice of Removal, Defendants' Notice to Plaintiff of Removal has been served upon counsel for

2

Plaintiff, Jesse M. Tilden, Esq., Tilden & Prohidney, P.L., 431 12th Street West, Suite 204, Bradenton, Florida 34205.

7.      Further, pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal, along with Defendant's Notice of Removed Action, has been filed with the Clerk of the Circuit Court for the Twelfth Judicial Circuit, Manatee County, Florida.

WHEREFORE, Defendant requests this action currently pending in the Circuit Court for the Twelfth Judicial Circuit, Manatee County, Florida be removed to the United States District Court for the Middle District of Florida.

Respectfully submitted on this 30th day of March, 2018.

s/      David P. Steffen
David P. Steffen, Fla. Bar No. 154717
Email: dsteffen@constangy.com
           tampa@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Tampa Street, Suite 3350
Post Office Box 1840
Tampa, Florida  33601-1840
(813) 223-7166 / Fax:  (813) 223-2515
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2018 a true and correct copy of the foregoing document was furnished by email to the following:

Jesse M. Tilden, Esq.
Tilden & Prohidney, P.L.
431 12th Street West, Suite 204
Bradenton, FL  34205
Email:  service@tildenprohidney.com

s/      David P. Steffen
Attorney

3

5079907v.1